EDWIN E. LEONHARD, Respondent, v. LOUISE E. LEONHARD, Appellant.— Order denying defendant's motion to change place of trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The record discloses that respondent's sojourn in Kings county is not sufficient, within the authorities, to establish permanent residence therein, so as to enable him to bring the action in that county. (*Washington* v. *Thomas*, 103 App. Div. 423; *Hislop* v. *Taaffe*, 141 id. 40.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

MARGARET LESCHER, as Administratrix, etc., of CHARLES J. NELL, Deceased, Respondent, v. JAMES L. HARRISON and THOMAS BERNHARDT, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. While we regard the charge as inadequate, defendants' attorney seems to have been satisfied with it, making no objection to it, or request to have it amplified. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents, and votes for reversal and a new trial, upon the ground that the verdict of the jury that decedent was free from contributory negligence was contrary to the evidence.

NAT LIFSHITZ, Doing Business as BROOKLYN LIGHTING FIXTURE AND GAS RANGE COMPANY, Appellant, v. MAX ROSENZWEIG, Respondent.— Order of the County Court of Kings county setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JAMES MAHONEY, Respondent, v. MUNSON STEAMSHIP LINE, Respondent. THEODORE A. CRANE'S SONS COMPANY, Appellant.— Order granting motion to bring in appellant as a party defendant affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

LAWRENCE MATTIKOW, Respondent, v. MANSHVELL REALTY CORPORATION and JACOB SHEVELL, Appellants. SOLOMON H. SHAPIRO, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

KATHERINE McINTYRE, Appellant, v. LYDIA ISNER, Respondent.— Order granting defendant's motion to set aside verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LOUIS MOORE, Appellant, v. SARAH M. APPEL, Respondent.— Judgment dismissing complaint reversed upon the law and the facts, and new trial granted, costs to abide the event. We are of opinion that the evidence introduced by plaintiff presented questions of fact to be determined by the jury. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents, being of opinion that while the nonsuit on the ground of contributory negligence as matter of law was error, the plaintiff did not prove actionable negligence on the part of defendant.